JUDGE BAER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE MARWIDE SHIPPING CO. LTD.,                 :

             Plaintiff,                 :

      - against -                 :

STX PAN OCEAN CO. LTD. a.k.a. STX              :
PANOCEAN CO. LTD.,                             :

           Defendant.                 :
-------------------------------------------------------------X

'07 CIV 6295

07 CV _____
ECF CASE

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT AND APPOINTMENT OF A SUBSTITUTE PROCESS SERVER

State of Connecticut  )
                 )    ss: SOUTHPORT
County of Fairfield    )

Lauren C. Davies, being duly sworn, deposes and says:

1.    I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### DEFENDANTS ARE NOT PRESENT IN THE DISTRICT

2.    I have attempted to locate the Defendant, STX PAN OCEAN CO. LTD. a.k.a. STX PANOCEAN CO. LTD. within this District. As part of my investigation to locate the Defendant within this District, I checked the telephone company information directory all area codes within the District, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for the Defendant. Finally, I checked the New York State Department of Corporations' online database which showed no listing or

registration for the Defendant. I was also unable to find any information to indicate that the

Defendant has a general or managing agent within the District.

3.    I submit that Defendant cannot be found within this District within the meaning of

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.    Upon information and belief, the Defendant has, or will have during the pendency

of this action, tangible and intangible property within the District.

### PRAYER FOR ORDER ALLOWING SPECIAL PROCESS SERVER

5.    Plaintiff seeks an order pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure, for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren

C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES,

LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment,

Interrogatories or other process in this action, in addition to the U.S. Marshall to serve the

Process of Maritime Attachment and Garnishment and the Verified Complaint, together with any

Interrogatories, upon the garnishee(s), together with any other garnishee(s) who, based upon

information developed subsequent hereto by the Plaintiff, may hold property of, for or on

account of the Defendants.

6.    Plaintiff seeks to serve the prayed for Process of Maritime Attachment and

Garnishment with all deliberate speed so that it may be fully protected against the potential of

being unable to satisfy an award/judgment ultimately obtained and entered against the

Defendants.

7.    To the extent that this application for an Order appointing a special process server

with respect to this attachment and garnishment does not involved a restraint of physical

property, there is no need to require that the service be effected by the Marshal as it involves

simple delivery of the Process of Maritime Attachment and Garnishment to the various garnishees to be identified in the writ.

### PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

8.    Plaintiff also respectfully requests that the Court grant it leave to serve any additional garnishee(s) who may, upon information and belief obtained in the course of this litigation to be holding, or believed to be holding, property of the Defendants, within this District.  Obtaining leave of Court at this time to serve any later identified garnishees will allow for prompt service of the Process of Maritime Attachment and Garnishment without the need to present to the court amended Process seeking simply to identify other garnishee(s).

### PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

9.    Further, in order to avoid the need to repetitively serve the garnishees/banks, Plaintiff respectfully seeks further leave of the Court, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process is served through the next day, provided that process is served the next day, to authorize service of process via facsimile or e-mail following initial *in personam* service.

10.    This is Plaintiff's first request for this relief made to any Court.

Dated: July 9, 2007
       Southport, CT

_____
Lauren C. Davies

Sworn and subscribed to before me
this 9th day of July 2007.

_____
Notary Public

—3—