UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MARWIDE SHIPPING CO. LTD.,

          Plaintiff,

- against -

STX PAN OCEAN CO. LTD. a.k.a. STX
PANOCEAN CO. LTD.,

          Defendant.
------------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

07 CV 6295 (HB)
ECF CASE

## VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instituted the above captioned matter and obtained the sought after relief of security pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily stayed pending the resolution of London arbitration pursuant to 9 U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: September 10, 2007
New York, NY

THE PLAINTIFF,
THE MARWIDE SHIPPING CO. LTD.,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

[Handwritten annotation by judge, approximately:] *If there is security of some nature I'm not sure why I need to stay this matter. Nonetheless I will do so at your request with the understanding that my agenda includes the disposition — not the stay — of cases. I hope to hear from you to do something by year's end & dismiss rules this matter.*

SO ORDERED.
_____ 9/17/07
U.S.D.J.

Endorsement:

If this is security of an acceptable nature I'm not sure why I need stay this matter nonetheless I will do so at your request but with the understanding that my agenda includes the expeditious removal of cases from my docket and unless I hear from you to do otherwise I will dissolve the stay at year's end and dismiss the matter.